RECEIVED USDC
CLERK, CHARLESTON, SC

2023 MAY -4  PM 2:49

Exhibit A

RECEIVED USDC
CLERK, CHARLESTON, SC

2023 MAY -4 PM 2:49

|     | Date    | Caller ID    |
|-----|---------|--------------|
| 1)  | 3/2/23  | 970-552-0615 |
| 2)  | 3/3/23  | 970-552-0615 |
| 3)  | 3/3/23  | 970-552-0615 |
| 4)  | 3/4/23  | 970-552-0615 |
| 5)  | 3/6/23  | 970-552-0615 |
| 6)  | 3/6/23  | 970-552-0615 |
| 7)  | 3/6/23  | 970-552-0615 |
| 8)  | 3/7/23  | 970-552-0615 |
| 9)  | 3/7/23  | 970-552-0615 |
| 10) | 3/7/23  | 970-552-0615 |
| 11) | 3/7/23  | 970-552-0615 |
| 12) | 3/8/23  | 970-552-0615 |
| 13) | 3/9/23  | 970-552-0615 |
| 14) | 3/9/23  | 970-552-0615 |
| 15) | 3/10/23 | 970-552-0615 |
| 16) | 3/10/23 | 970-552-0615 |
| 17) | 3/11/23 | 970-552-0615 |
| 18) | 3/13/23 | 970-552-0615 |
| 19) | 3/13/23 | 970-552-0615 |
| 20) | 3/13/23 | 970-552-0615 |
| 21) | 3/13/23 | 970-552-0615 |
| 22) | 3/14/23 | 970-552-0615 |