RECEIVED USDC
CLERK, CHARLESTON, SC

2023 MAY -4 PM 2: 49

Jay Connor
215 East Bay Street 201-F
Charleston, SC 29401
(843) 557-5724
Jayc650@hush.com

May 4, 2023

Clerk of Court
United States District Court
District of South Carolina
Charleston Division
P.O. Box 835
Charleston, SC 29402

RE:     CASE NO.: 2:23-cv-1799-JD-MGB  Jay Connor v. TelevisitMD, Inc.
              Exhibit A for Complaint

Dear Clerk:

Please find enclosed herewith Exhibit A referenced in the complaint. I erroneously omitted it when filing the complaint on 5/1/23, and I am hereby requesting that it be added.

Sincerely,

Jay Connor *Pro Se*